The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEWELRY VALUED AT APPROXIMATELY $86,148, *et al.*, <br><br> Defendants. | NO. CV25-567-JNW <br><br> **DEFAULT JUDGMENT OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Default Judgment of Forfeiture (the "Motion"), for the following property (collectively, the "Defendant Property"):

a. Jewelry valued at approximately $86,148 (the "Defendant Jewelry"), further described as:

    i. One custom "Big 44" pave pendant with diamonds, valued at approximately $39,279;

    ii. One cable link pave diamond necklace, valued at approximately $24,891;

    iii. One custom "Money" pave diamond pendant, valued at approximately $11,524;

    iv. One solid 18.5-inch rope chain, valued at approximately $2,615;

Order of Default Judgment of Forfeiture - 1
*United States v. Jewelry Valued at Approximately $86,148, et al.*
CV25-567-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      v.     One custom "Mitch" pendant with diamonds, valued at approximately $5,552; and

      vi.    One solid 20-inch rope chain, valued at approximately $2,737; and

  b.  Firearms (the "Defendant Firearms"), further described as:

      i.     One Taurus handgun, serial number TG057438;

      ii.    One Century Arms Micro Draco 7.62x39mm rifle, serial number PMD-14526-19;

      iii.   One American Tactical .300 Blackout rifle, serial number NS175414; and

      iv.   One Glock 22 pistol, serial number AANU433.

The Court, having reviewed the Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Default Judgment of Forfeiture is appropriate because:

1. The United States has properly served, by direct notice reasonably calculated to reach identified potential claimants and by publication, all potential claimants, as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules") (*see* Dkt. Nos. 2, 5, 8, 9, 11);

2. No person has filed a claim to the above-captioned property within the required period provided by Supplemental Rules G(4) and G(5) or otherwise appeared in this case;

3. On July 14, 2025, the Clerk of Court entered default against all potential claimants (*see* Dkt. No. 10);

4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of entry of default judgment.

Now, therefore, a Default Judgment of Forfeiture is ENTERED, as follows:

Order of Default Judgment of Forfeiture - 2
*United States v. Jewelry Valued at Approximately $86,148, et al.*
CV25-567-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The above-described Defendant Jewelry is fully and finally condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), as proceeds, and property traceable to proceeds, from the illegal distribution of controlled substances;

2. The above-described Defendant Firearms are fully and finally condemned and forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), as property that facilitated, and was intended to facilitate, the illegal distribution of, and possession with the intent to distribute, controlled substances;

2. Hereinafter, no right, title, or interest in the Defendant Property shall exist in any party, other than in the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or its agents and representatives, shall dispose of the Defendant Property as permitted by governing law.

It is so ORDERED.

DATED this 22nd day of September, 2025.

_____
THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

//
//

Order of Default Judgment of Forfeiture - 3
*United States v. Jewelry Valued at Approximately $86,148, et al.*
CV25-567-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

3  *s/Karyn S. Johnson*
   KARYN S. JOHNSON
4  Assistant United States Attorney
   United States Attorney's Office
5  700 Stewart Street, Suite 5220
   Seattle, Washington 98101
6  Phone: (206) 553-2462
7  Fax: (206) 553-6934
   Karyn.S.Johnson@usdoj.gov

Order of Default Judgment of Forfeiture - 4
*United States v. Jewelry Valued at Approximately $86,148, et al.*
CV25-567-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970